# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC13 | E 2204272 | M Gomez | 4432 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/11/2025 1420
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(a)(12)

Place of Offense: 5401 E 7th St., Long Beach, Ca. 90822 Lot J (old)

Offense Description: Factual Basis for Charge — HAZMAT ☐
Parking in spaces posted as Reserved; Employee Experience Award Reserved Parking #9

### DEFENDANT INFORMATION

Last Name: Allen
First Name: Kristina L.
Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7BHC101 | CA | 13 | Ford Taurus | | Gray |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 15 — Forfeiture Amount
+ $30 Processing Fee
$ 45 — Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: FEDERAL COURTHOUSE, 255 E TEMPLE ST 3RD FLOOR, LOS ANGELES CA. 90012
Date: ___ Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Not Present

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 11, 2025 while exercising my duties as a law enforcement officer in the Central District of California

See attached

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/11/2025   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident